# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2010

140994 & (80)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DAVONTAE SANFORD,
      Defendant-Appellant.

SC: 140994
COA: 291293
Wayne CC: 07-015018-01

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 20, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2010

_____
Clerk

p0519